UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANNE JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY, | § | **(JURY)** |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL
## AND DEMAND FOR JURY TRIAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Allstate Vehicle and Property Insurance Company and files its Notice of Removal pursuant to 28 U.S.C. §1446(a), as well as a formal Demand for Jury Trial, and in support thereof would show the Court as follows:

1. On February 27, 2017, Plaintiff Annie Jones filed her Plaintiff's Original Petition in the matter styled *Anne Jones v. Allstate Vehicle and Property Insurance Company,* Cause No. 416-00928-2017, pending in the 416th Judicial District Court of Collin County, Texas in which Plaintiff made a claim for damages to her home under a homeowner's insurance policy issued by Allstate Vehicle and Property Insurance Company.

2. Plaintiff served Allstate Vehicle and Property Insurance Company with a copy of the Petition by certified mail, return receipt requested on February 28, 2017.

3. Defendant files this Notice of Removal within 30 days of receiving Plaintiff's Original Petition. *See* 28 U.S.C. §1446(b). This Notice of Removal is being filed within one year of the commencement of this action.

4.      All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. §1446(a) as Exhibits "A," "B" and "C."   A copy of this Notice is also concurrently being filed with the state court and served upon the Plaintiff.

5.      Venue is proper in this Court under 28 U.S.C. §1441(a) because this district and division embrace Collin County, Texas, the place where the removed action has been pending.

## II.

### BASIS FOR REMOVAL

6.      Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446.

7.      Plaintiff is, and was at the time the lawsuit was filed, a citizen and resident of the State of Texas and owns the property in question which is located in Collin County, Texas (Petition, para. 1, 6, 8).

8.      Defendant Allstate Vehicle and Property Insurance Company is an Illinois corporation with its principal place of business in Illinois and is a citizen of the State of Illinois for diversity purposes, and therefore, complete diversity exists.

### A.      The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction

9.      This is a civil action in which the amount in controversy exceeds $75,000.00.  Plaintiff alleges that Defendant is liable under a homeowners' insurance policy because Plaintiff made a claim under that policy as a result of a storm and Defendant wrongfully adjusted and denied that claim.   Specifically, Plaintiff alleges damages to the property of over $100,000, but less than $200,000.  (Petition, para. 4).

10.     In addition, the Plaintiff's Original Petition alleges that Defendant is liable under the Texas Deceptive Trade Practices Act and is seeking multiple damages, interest and attorneys' fees.  (Petition, para. 17-26).

## III.

### THE REMOVAL IS PROCEDURALLY CORRECT

11.     Defendant was served with the Plaintiff's Original Petition on March 2, 2017.  Defendant filed this Notice within the 30 day time period required by 28 U.S.C. §1446(b).

12.     However, venue should be in the Eastern District of Texas, Sherman Division under 28 U.S.C. §1391(b)(2) because the insured property where the damage purportedly occurred is located in Plano, Texas, Collin County which is located within the Eastern District, Sherman Division.

13.     As required by 28 U.S.C. §1446(a) and Rule 81.1 of the Local Rules, all pleadings, process, orders, and all other filings in the state court action have previously been filed.  A copy of this Notice is also concurrently being filed with the state court and served upon the Plaintiff.

14.     Pursuant to 28 U.S.C. §1446(d), promptly after Defendant files this Notice, written notice of the filing will be given to Plaintiff.

15.     Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Dallas County District Court, promptly after Defendant files this Notice.

16.     Defendant hereby demands a trial by jury.

## IV.

### CONCLUSION

Based on the foregoing, the exhibits submitted in support of this Removal and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant Allstate Vehicle and Property Insurance Company hereby removes this case to this court for trial and determination.

Respectfully submitted,

**STACY | CONDER | ALLEN LLP**

/s/ David G. Allen
David G. Allen
State Bar No.: 00786972
allen@stacyconder.com
Sabena S. Talati
State Bar No.: 24056332
talati@stacyconder.com

901 Main Street, Suite 6200
Dallas, Texas 75202
(214) 748-5000
(214) 748-1421 (fax)

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

On March 23, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ David G. Allen
David G. Allen