# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ANNE JONES | § | |
| | § | Civil Action No. 4:17-CV-199 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 13, 2017, the report of the Magistrate Judge (Dkt. #24) was entered containing proposed findings of fact and recommendations that Defendant Allstate Vehicle and Property Insurance Company's Motion for Partial Dismissal of Plaintiff's Amended Complaint (Dkt. #19) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Allstate Vehicle and Property Insurance Company's Motion for Partial Dismissal of Plaintiff's Amended Complaint (Dkt. #19) is **DENIED**.

It is further **ORDERED** that Defendant Allstate Vehicle and Property Insurance Company's Request for Reconsideration Pending Motion to Dismiss (Dkt. #16) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

    **SIGNED this 1st day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE